# UNITED STATES DISTRICT COURT
for the
District of Arizona

DOA
06-14-18

| United States of America | ) |
|---|---|
| v. | ) |
| Alejandro Andrade-Talamantes, (A208 586 446) *Defendant* | ) Case No. 18-9235 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of June 12, 2018, in the County of Pinal in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2), a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Brooke Afshari

☒ Continued on the attached sheet.

_____
Complainant's signature

Crege Carlisle,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 14, 2018

_____
Judge's signature

City and state: Phoenix, Arizona

Eileen S. Willett,
United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Count 1

On or about June 12, 2018, Alejandro Andrade-Talamantes, an alien, was found in the United States of America at or near Florence, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about December 1, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

### Count 2

On or about June 12, 2018, at or near Florence, in the District of Arizona, Alejandro Andrade-Talamantes, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Crege Carlisle being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On June 12, 2018, Alejandro Andrade-Talamantes was booked into the Pinal County Jail (PCJ) on local charges. While incarcerated at the PCJ, Andrade-Talamantes was examined by Deportation Officer (DO) M. Lilly who determined Andrade-Talamantes to be a Mexican citizen, unlawfully present in the United States. On June 13, 2018, an immigration detainer was lodged with the county jail. On the same day Andrade-Talamantes was transported to the Florence ICE office for further investigation and processing. Andrade-Talamantes was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Alejandro Andrade-Talamantes to be a citizen of Mexico and a previously deported alien. Andrade-Talamantes was removed from the United States to Mexico through Nogales, Arizona, on or about December 1, 2016, pursuant to an order of removal issued by an immigration judge. There is no record of Andrade-Talamantes in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland

Security to return to the United States after his removal. Andrade-Talamantes's immigration history was matched to him by electronic fingerprint comparison.

4. Furthermore, there is no record of Alejandro Andrade-Talamantes in any Department of Homeland Security database to suggest that after his last removal from the United States, he entered the United States at an official Port of Entry. Had Andrade-Talamantes presented himself at a Port of Entry, the Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Andrade-Talamantes entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Andrade-Talamantes's immigration history was matched to him by electronic fingerprint comparison.

5. On June 14, 2018, Alejandro Andrade-Talamantes was advised of his constitutional rights. Andrade-Talamantes freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about June 12, 2018, Alejandro Andrade-Talamantes, an alien, was found in the United States of America, at or near Florence, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about December 1, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section

1326(a) and on or about June 13, 2018, at or near Florence, in the District of Arizona, Alejandro Andrade-Talamantes, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2).

_____
Crege Carlisle,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 14th day of June 2018.
_____
Eileen S. Willett,
United States Magistrate Judge